# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LEONEL VELANDRIA BASTARDO,

    Petitioner,

v.                                                         No. 1:26-cv-000470-DHU-KK

GEORGE DEDOS, Warden of Torrance
County Detention Center; DIRECTOR OF
ENFORCEMENT AND REMOVAL NEW MEXICO
FIELD OFFICE; TODD LYONS, Acting Director of
U.S. Immigration and Customs Enforcement; KRISTI
NOEM, Secretary of the U.S. Department of Homeland
Security; and PAMELA BONDI, Attorney General of
the United States; in their official capacities,

    Respondents.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court on Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"). Doc. 5. Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 and requests, *inter alia*, that the Court order Respondents to set a bond and release him. *Id.* at 2 ¶ 3, 12 ¶ 4.

Pursuant to the District of New Mexico's Standing Order regarding service of process in immigration habeas cases, procedures for service of the Petition on Respondents are governed by Rule 4 of the Rules Governing Section 2254 Cases. *See In the Matter of: Service of Process in Immigration Habeas Petitions Filed Pursuant to §§ 2241 et seq.*, 26-MC-0004-03 at 1 (explaining that the district court may apply any or all of these rules to a habeas petition not covered under 28 U.S.C. § 2254). Pursuant to this Standing Order, the Clerk's office has electronically served copies of the Petition and this Order on Respondents through the CM/ECF system, or alternatively, by

certified mail. *See* Doc. 9.

The Court has reviewed the Petition *sua sponte* under Habeas Corpus Rule 4 and finds that dismissal is not warranted and a response from the Government is necessary. Pursuant to the Standing Order regarding service, **IT IS HEREBY ORDERED** that Respondents must answer the Petition and show cause why it should not be granted within ten (10) business days of this Order. Petitioner's reply, if any, is due five (5) business days after the Response is filed. The Court will set a hearing, if necessary.

**IT IS SO ORDERED.**

_____
HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE